167 A.3d 645

MICHELE COLON, A NEW JERSEY RESIDENT, PLAINTIFF–PE-TITIONER, v. WORLD MISSION SOCIETY CHURCH OF GOD, A NEW JERSEY NONPROFIT CORPORATION; ET AL., DEFEN-DANTS–RESPONDENTS, AND WORLD MISSION SOCIETY CHURCH OF GOD, A SOUTH KOREAN CORPORATION; GIL JAH CHANG, A/K/A GIL JAH ZHANG, A SOUTH KOREAN RESIDENT; JOO CHEOL KIM, A SOUTH KOREAN RESIDENT, DEFENDANTS.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005008–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs;  and it is further

ORDERED that the notice of appeal is dismissed.